IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**R.R., on behalf of her minor daughter D.K.**

**Plaintiff,**

v.                                                     Civ. 12-164 MV/WDS

**Former Sandoval County Deputy A. Crosby (#93035),**

**Defendant.**

### ORDER RESETTING CERTAIN PRETRIAL DEADLINES

This matter is before the Court on an unopposed Motion to Extend Discovery Deadlines. (Doc. No. 24). The Court, having considered the parties' motion finds that it is well taken and hereby sets the following pretrial deadlines:

a. **October 1. 2012** is the termination date for all discovery by all parties;

b. **October 9, 2012** is the deadline for the filing of all motions relating to discovery;

c. **November 16, 2012** is the deadline for the filing of all pretrial motions, including Daubert motions;

d. **January 21, 2013** is the deadline for Plaintiff to serve his portion of the Pretrial Order on Defendants; and

e. **February 1, 2013** is the deadline for Defendants to file the Consolidated Pretrial Order with the Court.

IT IS SO ORDERED.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE