IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

R.R., on behalf of her minor daughter
D.K.

    **Plaintiff,**

v.                                                                           CIV 12-164 MV/WDS

**Former Sandoval County Deputy**
**A. Crosby (#93035),**

    **Defendant.**

### STIPULATED ORDER ON MOTION FOR PROTECTIVE ORDER

This matter came before the Court upon Plaintiff's Motion for Protective Order to Protect Her and Her Daughter From Questions Related to Her Daughter's Sexual History and History Of Drug Use and Alcohol Use During Their Deposition. The parties have stipulated that the minor seeks the minor seeks no damages for emotional trauma as a result of the tasing incident and Plaintiff is not contending that the tasing incident caused any "garden variety" mental and emotional distress. Based upon the stipulation entered, the parties agree that any questions to the minor or her mother about Plaintiff's drug use or alcohol use, other than for the twenty-four hours preceding the tasing, and any questions about the minor's sexual history or juvenile criminal history are irrelevant to the case and unduly intrusive to the privacy interests of the minor.

                                                    W. DANIEL SCHNEIDER
                                                    United States Magistrate judge

*Submitted by:*

KENNEDY LAW FIRM

*/s/ Joseph P. Kennedy*
Joseph P. Kennedy

1

Shannon L. Kennedy
1000 Second Street NW
Albuquerque, NM 87102
Phone: 505-244-1400
Fax:  505- 244-1406
*Attorneys for Plaintiff*

*Approved by:*

*/s/ Jonlyn M. Martinez*
JONLYN M. MARTINEZ
P.O. Box 1805
Albuquerque, NM 87103-1805
(505) 247-9488
(505) 247-9566 (fax)
*Attorney for Defendant Crosby*

2