IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

R.R., on behalf of her minor daughter
D.K.

    **Plaintiff,**

v.                                                                                Civ. 12-164 MV/WDS

**Former Sandoval County Deputy
A. Crosby (#93035),**

    **Defendant.**

## STIPULATION AND ORDER ON DAMAGES

Plaintiff hereby agrees and stipulates to the following:

1) The minor Plaintiff is not asserting any emotional trauma resulting from the incident complained of herein. Plaintiff is not contending that the tasing incident caused any "garden variety" mental and emotional distress. Plaintiff makes a claim solely for temporary pain and suffering, emergent care treatment bill(s) and punitive damages.

2) The minor agrees that she does not remember being tased.

3) Plaintiff will not call any witnesses who will testify to psychological care or treatment resulting from the incident.

4) Plaintiff has not listed any medical providers as witnesses and will not attempt to introduce any medical records showing any affect that the tasing had on the minor either physically or psychologically.

This stipulation is accepted by the Court.

                                                        W. DANIEL SCHNEIDER
                                                        United States Magistrate judge