IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

R.R., on behalf of her minor daughter
D.K.
    Plaintiff,

v.                                                    Civ. 12-164 MV/WDS

Former Sandoval County Deputy
A. Crosby (#93035),
    Defendant.

## ORDER EXTENDING PRETRIAL DEADLINES

The Court upon the joint motion of the parties to extend the pretrial deadlines in this matter, having reviewed the pleadings and being otherwise fully advised in the premises,

HEREBY FINDS AND ORDERS that the motion is well taken and should be and hereby is granted. Consequently, the pretrial deadlines in this matter are amended as follows:

    a)    Discovery Deadline extended to **April 5, 2013**;

    b)    Motions regarding discovery extended to **April 19, 2013**;

    c)    Dispositive Motion deadline extended to **May 3, 2013**;

    d)    Pretrial Order from Plaintiff due **May 17, 2013**; and

    e)    Pretrial Order due to the Court on **June 7, 2013**.

_____
THE HONORABLE W. DANIEL SCHNEIDER
United States Magistrate Judge

APPROVED:

KENNEDY LAW FIRM                      LAW OFFICE OF JONLYN M. MARTINEZ, LLC

*Approved via electronic mail 02.04.13*        *Approved and submitted elecronically 02.05.13*
Joseph P. Kennedy                       Jonlyn M. Martinez
Attorney for Plaintiff                       Attorney for Defendants